No. 93–5047.  DUQUE-RODRIQUEZ *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 93–5048.  BUCKHALTER *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 93–5049.  MOUNT *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 93–5050.  NELSON *v.* WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 93–5051.  WARD *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 93–5052.  SURBER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–5053.  SCOTT *v.* HILL.  C. A. 9th Cir.  Certiorari denied.

No. 93–5054.  BROWN *v.* UNITED STATES; and SMITH *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 93–5056.  GRUENBERG *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 93–5057.  HALL *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 93–5058.  DEOBLER *v.* KINTZELE ET AL.  Ct. App. Ariz. Certiorari denied.

No. 93–5059.  CARCAISE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 93–5060.  VIGIL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–5061.  SCHWARZ *v.* UNITED STATES POSTAL SERVICE ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 93–5063.  WILLIAMS *v.* LEHIGH VALLEY CARPENTERS UNION ET AL.  C. A. 3d Cir.  Certiorari denied.